# THE RAMEAU LAW FIRM

16 Court Street, Suite 2504
Brooklyn, NY 11241

AMY RAMEAU, ESQ.*                                    *Admitted in New York, New Jersey,
                                              Eastern and Southern Districts of New York

AFSAAN SALEEM, ESQ.+                                         +Admitted in New York,
                                              Eastern and Southern Districts of New York

                                                              +Admitted in New York
JOSEPH RUSSO, ESQ.+                                     Eastern District of New York

June 8, 2016

**VIA ECF**
Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Jarod Skinner v. City of New York, et al.,</u> 15 CV 6126 (KAM)(JO)

Your Honor:

     I represent the plaintiff in the above-referenced matter. Pursuant to Local Civil Rule 1.4, plaintiff's attorneys make this application to be relieved as counsel. I have already informed my client and defense counsel that I will be making this application.
     Given that opposing counsel is required to be served with this application and given that plaintiff's counsel does not wish to violate attorney-client privilege, counsel requests that if the Court requires the reason for the withdrawal that he be permitted to state the reasons for his application to withdraw *ex parte*. We have advised Mr. Skinner that we no longer wish to represent him. He in turn does feel that he has a valid case. The parties had exchanged document discovery and had scheduled depositions as discovery is set to close on June 22nd. Plaintiff's counsel is not asserting a charging or retaining lien.
     As Mr. Skinner is currently incarcerated on Rikers Island and is focused on his current criminal case, we are requesting on his behalf that he be allowed 90 days to secure new counsel. The additional time is needed due to the fact that plaintiff is incarcerated, has less access to attorneys than if he was free and is focused on working with his defense counsel on his criminal case.

Tel: (718) 852-4759
     (718) 875-1173
Fax: (718) 875-5440

therameaulawfirm.com

# THE RAMEAU LAW FIRM
16 Court Street, Suite 2504
Brooklyn, NY 11241

We thank the Court for its consideration of this request.

Sincerely,

Afsaan Saleem

cc: <u>Via ECF</u>
Aimee Lulich, Esq.

<u>Via First Class Mail</u>
Jarod Skinner
B&C 2411508994
George R. Vierno Center (GRVC)
09-09 Hazen Street
East Elmhurst, NY 11370