| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:  JAMES ORENSTEIN              DATE:    6/23/2016
        U.S. MAGISTRATE JUDGE          TIME:    10:00 a.m.

*Jarod Skinner v. The City of New York et al.*
15-CV-6126 (KAM) (JO)

TYPE OF CONFERENCE:  Status

APPEARANCES:    Plaintiff     Afsaan Saleem (counsel), Jarod Skinner (client, by telephone)

                Defendants    Aimee K. Lulich

SCHEDULING: The next pretrial conference will be held on September 2, 2016, at 11:30 a.m.

SUMMARY: As set forth on the record, I denied the plaintiff's counsel's motion to withdraw.

SO ORDERED

_____/s/_____
JAMES ORENSTEIN
U.S. Magistrate Judge