

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

AIMEE K. LULICH
Senior Counsel
Phone: (212) 356-2369
Fax: (212) 356-1148
Email: alulich@law.nyc.gov

October 31, 2016

**BY ECF**
Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  <u>Jarod Skinner v. City of N.Y., et. al.</u>,
           15-CV-6126 (KAM) (JO)

Your Honor:

    I am the Senior Counsel assigned to represent defendants City of New York, Tykima Jones, Christian Naughton, Thomas Molyneux, Joel Senate, Dana Harris, and Exsonn Fernandez in the above-referenced matter. I write regarding Your Honor's Order, dated July 18, 2016, scheduling a pre-trial conference for November 4, 2016, and directing that the parties file *ex parte* settlement letters by November 1, 2016 in anticipation of the conference.

    Defendants are not making any offer of settlement to resolve this matter. Accordingly, the parties do not anticipate engaging in settlement discussions during the November 4th conference.

    As an update, discovery has been completed and defendants intend to file a request for a pre-motion conference on their anticipated partial motion for summary judgment by November 18, 2016.

    I thank the Court for its consideration of this request.

                                                           Respectfully submitted,

                                                           /S
                                                           Aimee K. Lulich
                                                          Assistant Corporation Counsel

**cc:**    Afsaan Saleem, Esq. (By ECF)
           The Rameau Law Firm
           *Attorneys for Plaintiff*