# THE RAMEAU LAW FIRM

16 Court Street, Suite 2504
Brooklyn, NY 11241

AMY RAMEAU, ESQ.*                                    *Admitted in New York, New Jersey,
                                              Eastern and Southern Districts of New York


                                                        +Admitted in New York
JOSEPH RUSSO, ESQ.+                                  Eastern District of New York


July 5, 2017

**BY ECF**
The Honorable James Orenstien
United States Courthouse
225 Cadman Plaza
Brooklyn, New York 11201


Re:  <u>Jarod Skinner v. City, et al.</u>, 15-CV-6126 (JG)(JO)

Your Honor:

    I represent Plaintiff in this civil rights matter.  Please see my attached declaration responding to Your Honor's June 27, 2017 Order to Show Cause.

    As expressed more fully in the attached declaration, I apologize for my errors and have implemented a system to prevent their reoccurrence.


                                                        Respectfully,

                                                        *Amy Rameau*

                                                        Amy Rameau


Tel: (718) 852-4759
     (718) 875-1173
Fax: (718) 875-5440

therameaulawfirm.com