UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

JAROD SKINNER,

                Plaintiff,

    -against-

THE CITY OF NEW YORK, et al.,

                Defendants.

-------------------------------------------------X

**DECLARATION OF AMY RAMEAU IN RESPONSE TO THE ORDER TO SHOW CAUSE**

15 CV 6126 (KAM)(JO)

      Amy Rameau, an attorney duly admitted to practice law in the State of New York and before the Bar of this Court, declares pursuant to 28 U.S.C. §1746, under penalty of perjury, the following:

1. I am the attorney for plaintiff Jarod Skinner and submit this declaration in response to the Court's Order to Show Cause dated June 27, 2017, and to certify my compliance with the Court's instructions as set out below.

2. I sincerely apologize to Your Honor for missing the June 27, 2017 court appearance and the events that resulted in the instant Order to Show Cause. As set forth below, there were a series of failures within my office that resulted in our failure to comply with the Court's prior instructions. As the principal attorney in my office, and as the former lead attorney for Mr. Skinner, the responsibility for these errors ultimately lies with me. I wish to assure the Court that my failure to appear was neither willful nor deliberate, and that I am very distressed that this event transpired.

3. I hope to explain how this occurred and to assure the Court both that

these failures on our part were not willful and that we have put a system in place to prevent such errors from reoccurring. I offer this explanation as a reason, and not an excuse.

### Counsel's Non-Appearance at the June 27 Conference

4. As Your Honor is aware, Afsaan Saleem was, until quite recently, employed by my office as an associate and responsible for the day to day management of our civil rights cases. These responsibilities included calendaring court dates and deadlines, appearing for the majority of these appearances, ensuring that discovery obligations were timely met, and other, similar duties.

5. Mr. Saleem left my office in June 2017. Prior to his departure, Mr. Saleem trained our paralegal with respect to maintaining and updating the calendar. Unfortunately, certain errors were made during this transition period that resulted in the omission of certain pending dates. As a result of one of these missteps, I missed the June 27 conference. Having said that, this is my law firm and, as the principal of the firm, I should have paid closer attention to this transition, and take responsibility for resulting errors.

6. To avoid any further clerical mistakes of this type, we have implemented a system to prevent future failures to appear. A paralegal, my secretary, and I all keep a separate calendar and then regularly cross-check scheduled appearances. This redundancy should help prevent any future

2

missed court dates.

### Counsel's Efforts To Comply With Your Honor's Orders

7. On June 27, 2017, Your Honor Ordered me to personally purchase the minutes of that day's Court proceedings, and to provide these minutes, as well as a copy of Your Honor's Order, to plaintiff.

8. On June 28, 2017, I ordered these minutes. Upon their receipt, I will promptly supply a copy of that transcript, as well as Your Honor's Order to plaintiff, and I will certify such compliance by July 27, 2017. (Annexed hereto as Exhibit 1 is the receipt reflecting payment for the minutes).

9. On June 28, 2017, I forwarded by mail a copy of the instant Order to Show Cause to Mr. Skinner. As discussed below, I have also met personally with Mr. Skinner to discuss this case and convey to Mr. Skinner the importance of his appearance in Court pursuant to the Court's orders.

### Counsel's Communications with Plaintiff

10. I have been in regular contact with plaintiff and Mr. Skinner and I met personally in my office earlier today. During our meeting today, I reviewed the Order to Show Cause with Mr. Skinner and explained the posture of the case and current issues before us.

11. Plaintiff expressed his desire to withdraw the instant matter.

12. I have fully explained the ramifications of this withdrawal to plaintiff.

13. Plaintiff is aware of the upcoming July 19, 2017 conference and I will

3

continue to attempt to insure his appearance.

    14.  I again apologize to the Court for my non-appearance on June 27, and ask that the Court forgive this error, which was not willful and was not intended to convey any lack of respect for the Court or the other parties to this action.

DATED:    Brooklyn, New York
               July 5, 2017

*Amy Rameau*
Amy Rameau, Esq.

The Rameau Law Firm
Attorney for Plaintiff
16 Court Street Suite 2504
Brooklyn, New York 11241
(718) 852-4759
rameaulawny@gmail.com

4